UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA              :

v.                                    :    **ORDER**

                                      :    25 CR 443-2  (VB)
AARON WRIGHT,                         :
                    Defendant.        :

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/26

For the reasons discussed on the record on February 11, 2026, Samuel M. Braverman,

Esq., is relieved as defendant's counsel.  Jill R. Shellow, Esq., is appointed as defendant's

counsel pursuant to the Criminal Justice Act.

Dated: February 11, 2026
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge